Sarai L. Brown (Bar No. 11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534
*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE SARKOYAN,<br><br>             Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>             Defendant. | Case No. 2:24-cv-02330-RFB-EJY<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

### ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

Plaintiff ARLENE SARKOYAN and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

///

///

8068693.1

1

1  IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff ARLENE SARKOYAN against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this __18_ day of August 2025.

_____
**HONORABLE RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

2

8068693.1